The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 17756 CORLISS AVE. N., SHORELINE, WASHINGTON, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements,

    Defendant.

NO. C10-1518RSM

**CONSENT JUDGMENT FOR FORFEITURE OF $100,000.00 IN UNITED STATES CURRENCY IN LIEU OF DEFENDANT REAL PROPERTY.**

COMES NOW Plaintiff, United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington and Francis Franze-Nakamura, Assistant United States Attorney for said District, and Claimant, Earl L. Stahl, Jr., by and through counsel Richard J. Troberman, requesting the Court to enter a Consent Judgment for Forfeiture with respect to the following property:

    a.    The real property located at 17756 Corliss Ave., N., Shoreline, Washington, King County Parcel No. 660170-0010, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements, more particularly described as:

CONSENT JUDGMENT
C10-1518 RSM - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Lot 1 PACKHAVEN, according to the plat thereof, recorded in Volume 68 of Plats, Page 14, records of King County, Washington,

Assessor's Tax Parcel Number 660170-0010,

(hereinafter the "defendant real property") upon the terms and conditions set forth below.

On September 20, 2010, the United States filed a Verified Complaint in rem against the defendant real property pursuant to the provisions of Title 21, United States Code, Sections 881(a)(6) and 881(a)(7), for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). *See* Docket No. 1.

On September 20, 2010, the United States filed Notice of the Complaint for Forfeiture in rem. *See* Docket No. 2. Thereafter, plaintiff served notice on all persons and entities believed to have an interest in the defendant property pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

On October 6, 2010, Claimant Earl L. Stahl, Jr. filed a timely, verified claim as to the above-listed and captioned defendant real property, by and through counsel Richard J. Troberman. *See* Docket No. 5.

Notice of the action was published for thirty consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, starting on September 23, 2010 until October 25, 2010, on an official government internet site (www.forfeiture.gov). *See* Docket No. 6.

All persons and entities believed to have an interest in the defendant real property were given proper notice of the intended forfeiture. No other petitioners or claimants have come forth to assert an interest in the defendant real property, and the time for doing so has expired.

On October 26, 2010, the above-captioned civil case was stayed, on stipulation of the parties, pending the resolution of related criminal matter, *United States v. Earl Lavern Stahl, Jr.*, Criminal No. CR10-309 JCC. *See* Docket No.7.

CONSENT JUDGMENT
C10-1518 RSM - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    On January 6, 2011, Mr. Stahl entered into a plea agreement with the United States, through which he entered a guilty plea to the crime of Distribution of Oxycodone. Sentencing is currently scheduled for November 18, 2011.

4    The parties acknowledge receipt by the United States of a cashier's check issued on behalf of Claimant Earl L. Stahl, Jr., and made payable to U.S. Marshals Service, in the amount of $100,000.00 in United States currency. The parties agree and stipulate that the $100,000.00 shall become the *substitute res* for the defendant real property in this civil forfeiture action. It is expressly acknowledged by the parties that the $100,000.00 in United States currency acting as *substitute res* is to be forfeited in lieu of any forfeiture of the defendant real property.

11   Claimant Earl L. Stahl, Jr. agrees and stipulates that the defendant real property is forfeitable to the United States pursuant to Title 21, United States Code, Sections 881(a)(6) and 881(a)(7), for violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, and consequently agrees to forever waive, release, and surrender any and all claimed interest in the $100,000.00 in United States currency acting as the *substitute res*. All right, title, and interest in said $100,000.00 will be fully and finally forfeited to the United States.

18   Upon entry of this consent judgment, the United States shall promptly release the lis pendens filed against the defendant real property.

20   Claimant Earl L. Stahl, Jr. agrees that probable cause existed for the institution of this forfeiture action and further agrees to release, forever discharge, and hold harmless the United States of America, its officers, agents, attorneys, servants and employees, from any and all actions, causes of action, suits, proceedings, debts, judgments, damages, claims or demands whatsoever in law or equity which claimant, his heirs, successors or assignees ever had, now have or may have, whether known or unknown, in connection with this forfeiture action and the seizure and detention of the defendant property.

27   Each party further agrees to bear its own costs and attorney's fees.

28   The United States and Claimant Earl L. Stahl, Jr. now stipulate and agree to the

CONSENT JUDGMENT
C10-1518 RSM - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

entry of this Consent Judgment for Forfeiture without further adjudication of any issue of fact or law.  This Consent Judgment for forfeiture fully and finally resolves all issues in this action.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction of this matter and over the property and the parties pursuant to 28 U.S.C. § 1345 and § 1355, and venue pursuant to 28 U.S.C. § 1395.

2. Claimant Earl L. Stahl, Jr. has paid the United States, in the form of a cashier's check made payable to the United States Marshals Service, the total sum of $100,000.00 in United States currency, which payment shall constitute the *substitute res* for the real property located at 17756 Corliss Ave., N., Shoreline, Washington, King County Parcel No. 660170-0010, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements, more particularly described as:

> Lot 1 PACKHAVEN, according to the plat thereof, recorded in Volume 68 of Plats, Page 14, records of King County, Washington,
>
> Assessor's Tax Parcel Number 660170-0010;

and, as such, is condemned and forfeited to the United States to be disposed of in accordance with the law.

3. The United States will file a Release of Lis Pendens and record such notice with the King County Recorder.

4. Each party is to bear its own costs and attorney's fees.

5. This Consent Judgment represents a full settlement and satisfaction of all claims to the defendant real property and of any civil causes of action arising out of the search, seizure, and forfeiture of the defendant real property.  The parties shall execute such further documents, to the extent necessary, to implement the terms of this Consent Judgment.

//
//
//

CONSENT JUDGMENT
C10-1518 RSM - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1        7.    The Clerk of the Court is directed to mail a copy of this Consent Judgment for Forfeiture to each party of record, and to send three additional "raised seal" certified copies to the United States Attorney's Office, Seattle, WA.

    DATED this 1st day of December 2011.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT
C10-1518 RSM - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CONSENT

We submit this Consent Judgment for Forfeiture to the Court for signature, having agreed to its terms and consented to the entry of this Consent Judgment in full satisfaction of this case and further, we waive any right of appeal.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

DATED:   11/15/11

s/Francis Franze-Nakamura
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
700 Union Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242; Fax (206) 553-6934
E-Mail: Francis.Franze-Nakamura@usdoj.gov

DATED:   11/9/11

s/Richard J. Troberman
RICHARD J. TROBERMAN
Attorney for Claimant Earl L. Stahl, Jr.

1501 Fourth Ave., Suite 2150
Seattle, WA 98101
(206) 343-1111; fax (206) 340-1936

Email: tmanlaw@aol.com

DATED:   11/9/11

s/Earl L. Stahl, Jr.
EARL L. STAHL, JR.
 Claimant

CONSENT JUDGMENT
C10-1518 RSM - 6

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6  **CERTIFICATE OF SERVICE**
7       I hereby certify that on November 15 , 2011, I electronically filed the
8  foregoing with the Clerk of the Court using the CM/ECF system which will send
9  notification of such filing to the attorney(s) of record for the claimants(s).
10
11                                            S/Jennifer Biretz
                                              JENNIFER BIRETZ,
12  FSA Paralegal  IV
                                        United States Attorney's Office
13
                                        700 Stewart Street, Suite 522
14                                      Seattle, Washington 98101-1271
                                        Phone:  (206) 553-2242
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONSENT JUDGMENT
C10-1518 RSM - 7

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970